UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Daniel Bradham                            Docket No. 5:20-CR-466-1BO

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel Bradham, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 27, 2021, to 4 years of probation under the conditions adopted by the court.

On September 28, 2023, a Motion for Revocation hearing was held before Your Honor to determine if the defendant had violated the conditions of his probation. The defendant admitted to the violations and was sentenced to 1-day imprisonment followed by a three-year term of supervised release. Daniel Bradham was released from custody on September 28, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**: The defendant used Fentanyl, Oxycodone, and Oxymorphone prior to his urinalysis test on September 21, 2023. This use was prior to his revocation hearing, but results were not made available until after his revocation hearing. It is recommended that a drug aftercare and alcohol abstinence condition be added to assist in combating the defendant's drug addiction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                                   I declare under penalty of perjury that the foregoing is true and correct.

                                                   /s/ Mindy L. Threlkeld
                                                   Mindy L. Threlkeld
                                                   Senior U.S. Probation Officer
                                                   150 Rowan Street Suite 110
                                                   Fayetteville, NC 28301
                                                   Phone: 910-354-2539
                                                   Executed On: October 2, 2023

## ORDER OF THE COURT

Considered and ordered this __2__ day of __October__, 2023, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge